UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
------------------------------------------------------

| | : | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 5:04-cr-00166-1 |
| Plaintiff, | : | |
| vs. | : | JUDGMENT |
| MARK D. BACKHAUS, | : | |
| Defendant. | : | |

------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

On February 14, 2008, the Court entered judgment granting in part the Petitioner's § 2255 action to allow him to undertake a delayed appeal. [Case 5:05-cv-02140, Docs. 23, 24]. Therefore, the Court will **VACATE** judgment in the above captioned case and **RE-ENTER** judgment, to allow the Defendant to undertake a delayed appeal. *See Adkins v. United States*, 131 Fed. Appx. 456, 457 (6th Cir. 2005).

IT IS SO ORDERED.

Dated: February 25, 2008          s/ *James S. Gwin*
                                  JAMES S. GWIN
                                  UNITED STATES DISTRICT JUDGE