TRANSMISSION FORM

| | |
|---|---|
| District Court | District Court No. 5:04cr166 |
| NORTHERN OHIO, EASTERN DIVISION, Cleveland | USCA No. **08-3286** |

CAPTION

U.S.A.

PLAINTIFF - Appellee

v.

MARK D. BACKHAUS

DEFENDANT - APPELLANT

CURRENT COUNSEL FOR PLAINTIFF
NAME: Michael A. Sullivan
FIRM NAME: U.S. Attorney's Office
ADDRESS: 801 Superior Avenue, W
Cleveland, OH. 44113
TELEPHONE: 216-622-3977

CURRENT COUNSEL FOR DEFENDANT
NAME: John F. McCaffrey
FIRM NAME: McLaughlin & McCaffrey, LLP
ADDRESS: Eaton Center, Suite 1350
1111 Superior Avenue
Cleveland, OH. 44114
TELEPHONE: 216-623-0900

If Habeas Corpus, Certificate of Appealability is:   ( ) granted   ( ) denied   ( ) pending

Criminal Defendant:   ( ) on bond   (X) incarcerated   ( ) on probation

Fees:   District Court & USCA Fee Paid:   ( ) yes   ( ) no   (X) not required
Pauper Status:   ( ) granted   ( ) denied   ( ) pending
Affidavit of Financial Status Filed:   ( ) yes   ( ) no

Counsel:   (X) appointed   ( ) retained   ( ) pro se

District Court Judge: Gwin   Court Reporter: DelMonico, Trischan, Staiduhar and Gage.

Any hearing or trial   (X) yes   ( ) no   If yes, dates 3/8/04; 3/12/04; 4/14/04; 5/12/04; 6/3/04; 6/21/04 and 10/12/04.

FROM  Shawn Harrigan   DATE  FEBRUARY 26, 2008

USE WHEN TRANSMITTING ANYTHING AFTER NOTICE OF APPEAL HAS BEEN SENT TO USCA
Date Notice of Appeal sent to Court of Appeals_____
The new information sent at this transmittal is_____ and includes an updated copy of docket entries.

I hereby certify that I have transmitted to the United States Court of Appeals for the Sixth Circuit the annexed documents consisting of ___ volume(s) of pleadings, ___ volume(s) of transcript and ___volume(s) of depositions, which constitute the CERTIFIED RECORD ON APPEAL, this___ day of _____, **2008**. Clerk, GERI M. SMITH, U.S. District Court