Case No. 08-3286

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER



UNITED STATES OF AMERICA,

    Plaintiff - Appellee

v.

MARK D. BACKHAUS,

    Defendant - Appellant

5:04CR166
JG

Upon consideration of the appellant's motion to voluntarily dismiss the case herein pursuant to Rule 42(b), Federal Rules of Appellate Procedure,

It is **ORDERED** that the motion is **GRANTED** and the case is dismissed.

                                **ENTERED PURSUANT TO RULE 45(a),**
                                **RULES OF THE SIXTH CIRCUIT**
                                Leonard Green, Clerk

Issued: May 16, 2008

A TRUE COPY
Attest:
LEONARD GREEN, Clerk
By _____
    Deputy Clerk