The Honorable James S. Gwin
U.S. District Judge
Carl B. Stokes United States Court House
801 West Superior Avenue, Room 18A
Cleveland, Ohio 44113

Motion denied 4/5/13.
s/ James S. Gwin
JAMES S. GWIN
UNITED STATES DISTRICT JUDGE

2-25-13

Dear Judge Gwin:

I am writing to you about my supervised release. You sentenced me on October 12, 2004 for Coersion and Enticement of A Minor Via the Internet/Aggravated Sexual Assault. I was imprisoned for 100 months and placed on supervised release for three years with special conditions of prohibition for firearms, financial access, mental health/sex offender treatment, computer restrictions, search and no contact with minors.

My term of supervised release began on June 9, 2011 and I have been fully compliant with it. I maintain a stable residence in Poland, Ohio. I live alone and do not have a computer in the home. I am a valued employee at Star Extruded Shapes in Canfield, Ohio where I have been employed for approximately 19 months. I have also received several pay raises for the work that I do. I am sober, arrest-free and completed a sex offender treatment program at Forensic Center which consisted of group and individual counseling. I also showed true on my polygraph exam. I paid the assessment fee in full and am compliant with sex offender registration requirements.

I have become a law abiding citizen and stable person. I am requesting an early termination from my supervised release. Thank you for your consideration.

Sincerely

Mark Backhaus
5:04CR00166-1