October 30, 2013

FILED

2013 NOV -5 PM 2: 34

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

The Honorable James S. Gwin
U.S. District Judge
Carl B. Stokes United States Court House
801 West Superior Avenue, Room 18A
Cleveland, Ohio 44113

I am writing to you requesting an early termination from supervised release. You sentenced me on October 4, 2004 for Coersion and Entitlement of a Minor via the Internet/Aggravated Sexual Assault. I was sentenced to 100 months custody and three years supervised release with special conditions for no firearms, financial access, mental health/sex offender treatment, computer restrictions, warrantless search and no contact with minors. I have been fully compliant with the conditions of my supervision which began on June 9, 2011.

I have a stable residence in Poland, Ohio. I live alone and there is not a computer in the residence. I continue to be a valued employee at Star Extruded Shapes in Canfield, Ohio where I have worked for just over two years. I have received several pay raises for the work that I do. I am sober, arrest-free and completed a sex offender treatment program at the Forensic Center which included individual and group counseling. I completed a polygraph on 10/29/2013 which showed true. I paid the assessment fee and am fully compliant with sex offender registration requirements.

I now realize the seriousness of the crime that I committed and truly regret my actions. I am proud to say that I have become a stable and productive member of society. Please consider my request for early termination. Thank you.

Sincerely,

Mark Backhaus
Case No: 5:04CR00166-1

motion early termination